# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KRYSTLE ROBINSON-HERSHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHILDCARE DEVELOPMENT | ) | CIV-2016-1065-C |
| SCHOOLS d/b/a/ Childcare Network | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Krystle Robinson-Hershey, by and through her attorney of record, and Defendant, Childcare Development Schools, by and through its attorneys of record, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff.  The Parties further stipulate and agree that each Party shall each bear its own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED THIS 4th DAY OF JANUARY, 2018.**

>  */s/Christa R. Uhland*
>  Christa R. Uhland, OBA #30934
>  Mazaheri Law Firm, PLLC
>  3445 W. Memorial Rd. Ste. H
>  Oklahoma City, OK 73134
>  Telephone:   405-414-2222
>  Facsimile:   405-607-4358
>  christa@mazaherilaw.com
>  *Attorney for Plaintiff*

1

        */s/ Nathaniel T. Smith*____
        Nathaniel T. Smith, OBA # 17805
        *(signed by filing attorney*
        *with permission of counsel)*
        Michael L. Carr, OBA #31229
        15 East 5th Street, Suite 3900
        Tulsa, Oklahoma  74103
        Telephone:  918-295-8888
        nathanielsmith@holdenlitigation.com
        mikecarr@holdenlitigation.com
        *Attorneys for Defendant*